32

Dr. Helen S. SCHAEFER *v.*
James Franklin McGHEE

677 S.W.2d 302

Supreme Court of Arkansas
Opinion delivered November 5, 1984

*James E. Smedley,* for petitioner.

No Response by Respondent.

PER CURIAM. Inasmuch as the judgment in this case is stamped by the clerk in the upper righthand corner as having been filed on May 21, 1984, but is also stamped by the clerk in the lower righthand corner as having been "Filed & recorded" on June 7, 1984, the trial court is reinvested with jurisdiction to determine when the judgment was in fact filed in the clerk's office.